Argued June 21, 1982. James L. Wormer, for appellant; Robert B. Mulhern, Jr., for appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

We affirmed the order of the learned Philadelphia County Common Pleas Court Judge Charles P. Mirarchi, Jr. that opened the default judgment and directed that the answer and new matter of defendant attached to defendant's motion be deemed filed of record.

450 A.2d 217

Wilson v. Wilson, Appellant.

Submitted January 27, 1981. John P. Campana, for appellant; William A. Hebe, for appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Order affirmed.

454 A.2d 147

Zucco, et ux. v. Halsted, et ux., Appellants.

Argued November 13, 1980. John W. Pollins, III, for appellants; Thomas Anton, for appellees.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.